**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.
04-11475-NMG

**DAVID B. KAPLAN, Esq.**
            **Plaintiff,**

**VS.**

**WARREN ALEXANDER,**
**F/V ODYSSEY and**
**ODYSSEY SCALLOP CO., INC.**
            **Defendant.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter our appearance as attorney for defendants,

**WARREN ALEXANDER** and **ODYSSEY SCALLOP CO., INC.,** in the above

entitled action.

                                By their attorneys,
                                **CLINTON & MUZYKA, P.C.**

                                "/s/ Thomas J. Muzyka"
                                **Thomas J. Muzyka**
                                **BBO NO: 365540**
                                **Terence G. Kenneally**
                                **BBO NO: 642124**
                                One Washington Mall
                                Suite 1400
                                Boston, MA 02108
                                (617) 723-9165

Dated:  August 31, 2004