| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: | **SUMMONS, PLAINTIFF'S FIRST AMENDED COMPLAINT, COMPLAINT** |
| EFFECTED (1) BY ME: | **CECELIA OBIE** |
| TITLE: | **PROCESS SERVER**   DATE: **09/07/2004  02:43PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ODYSSEY SCALLOP CO., INC.

Place where served:

607 SEASHORE DR.   CAPE MAY NJ 08204

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VIRGINIA TWOMBLEY

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 161-200 LBS.__ SKIN: WHITE__ HAIR: BROWN__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF CECELIA OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 09/07/2004  02:43PM

ATTORNEY: DAVID B. KAPLAN, ESQ.
PLAINTIFF: DAVID B. KAPLAN, ESQ.
DEFENDANT: WARREN ALEXANDER, ET AL
VENUE: DISTRICT OF MASSACHUSETTS
DOCKET: 04 11475 NMG

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# THE KAPLAN / BOND GROUP

*David B. Kaplan*
*Thomas M. Bond*
*Tracey N. Kaplan*

*Attorneys at Law and Proctors in Admiralty*
*88 Black Falcon Avenue, Suite 301*
*Boston, Massachusetts 02210*

(617) 261-0080
Fax (617) 261-1558

October 14, 2004

Civil Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   David B. Kaplan, Esq. v. Warren Alexander, et al.
      C.A. No. 04-11475-NMG

Dear Sir/Madam:

Enclosed herewith please find for docketing and filing the following in connection with the above-referenced matter:

   Return of Service on Defendant Odyssey Scallop Company, Inc. on 09/07/04.

Very truly yours,

*David B. Kaplan*

DAVID B. KAPLAN

DBK/cms

cc w/encl:   Terence G. Kenneally, Esquire