UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11475-NMG

DAVID B. KAPLAN, Esq.
    Plaintiff,

VS.

WARREN ALEXANDER,
F/V ODYSSEY and
ODYSSEY SCALLOP CO., INC.
    Defendant.

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 9th day of March 2005.

| PLAINTIFF | DEFENDANT |
|---|---|
| The Kaplan/Bond Group | CLINTON & MUZYKA, P.C., |
| *[signature]* | *[signature]* |
| David B. Kaplan | Thomas J. Muzyka |
| BBO No. 258540 | BBO NO. 365540 |
| 88 Black Falcon Avenue | Terence G. Kenneally |
| Suite 301 | BBO NO. 642124 |
| Boston, MA 02210 | One Washington Mall |
| 617-261-0080 | Suite 1400 |
| | Boston, MA 02108 |
| | 617-723-9165 |